175 A.3d 143

**FREED, Edward**

v.

**STATE of Maryland**

**Pet. Docket No. 232, Sept. Term, 2017**

Court of Appeals of Maryland.

December 15, 2017

(No. 12–K–16–000682, Circuit Court for Harford County.)

Petition for writ of certiorari denied

175 A.3d 143

**FULLWOOD, Tavon**

v.

**STATE of Maryland**

**Pet. Docket No. 328, Sept. Term, 2017**

Court of Appeals of Maryland.

December 15, 2017

Petition for writ of certiorari denied